Elizabeth K. GRAY, Plaintiff–
Appellant,

v.

**VIRGINIA HEALTHCARE WASTE MANAGEMENT, INCORPORATED, d/b/a Sci-med Waste Systems; Richard Henk; Richard Shively; Sidney Allen Conner, Jr., Defendants–Appellees.**

No. 00–2273.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 13, 2001.

Elizabeth K. Gray, pro se. Jeffery Scott Sexton, Gentry Locke Rakes & Moore, Roanoke, VA; Joseph Dudley McCluskey, Laura Graham Fox, Susan Childers North,

Charles Garrison Meyer, III, Leclair Ryan, P.C., Richmond, VA, for appellees.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Elizabeth K. Gray appeals from a jury verdict in favor of the Defendants on her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the jury's verdict. *Gray v. Virginia Healthcare Waste Mgmt.*, No. CA–99–499–7 (W.D.Va. Aug. 30, 1999). Gray's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*